In re Dietz, Annette L.; Dietz, David Wayne; Dietz, Earline Miller; Dietz, Edison L.; Dietz, Renee Christine et al.; Dietz, Robert J.; Dietz, Sylvia M.; Dietz, Wilson Richard; — Plaintiffs); Applying For Supervisory and/or Remedial Writs, Parish of Acadia, 15th Judicial District Court Div. D, No. 86739; to the Court of Appeal, Third Circuit, No. CW 12-00472.
Not considered; not timely filed. See State v. Crandell, 05-1060 (La.3/10/06), 924 So.2d 122; Morris v. Stueben, 01-0137 (La.1/26/01), 781 So.2d 1220.